UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN SRYGLEY,

      Plaintiff,

v.

CRYSTAL EMPLOYMENT
SERVICES et al.,

      Defendants.
_____/

CASE NO. 16-CV-10346
HON. GEORGE CARAM STEEH

### ORDER GRANTING DEFENDANTS' JOINT MOTION TO EXTEND SCHEDULING ORDER (Doc. 28) and DENYING DEFENDANTS' JOINT MOTION FOR PROTECTIVE ORDER AS MOOT (Doc. 29)

This is a disability discrimination case brought under the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.,* and the analogous Michigan law, the Persons with Disabilities Civil Rights Act, Mich. Comp. Laws § 37.1101 *et seq.*  Now before the court are defendants' joint motion to extend the scheduling order and defendants' joint motion for a protective order to prevent certain depositions from taking place prior to 2017. Plaintiff opposes any delay in the litigation based in part on his desire to complete discovery prior to the settlement conference which had been scheduled before the Magistrate Judge on January 4, 2017.  That

settlement conference has now been reset for March 2, 2017. Based on the parties' difficulties in completing discovery on time, and given the new date for the settlement conference, defendants' joint motion to extend the scheduling order (Doc. 28) is GRANTED. IT IS FURTHER ORDERED that the witness list deadline is February 15, 2017; the discovery deadline is February 28, 2017, and the dispositive motion deadline is April 15, 2017.

IT IS FURTHER ORDERED that defendants' joint motion for a protective order (Doc. 29) is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated:  January 17, 2017

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 17, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk